IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

**AUG 2 3 2017**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 17-30146-NJR |
| | ) | |
| XAVIER D. WILLIAMS, | ) | Title 18, United States Code, Section 922(g)(1) and 924(d). |
| | ) | |
| | ) | |
| | ) | Title 28, United States Code, Section 2461(c). |
| Defendants. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

## FELON IN POSSESSION OF A FIREARM

On or about October 5, 2016, in Madison County, Illinois, within the Southern District of

Illinois,

### XAVIER D. WILLIAMS,

defendant herein, having previously been convicted of a felony punishable by imprisonment for a

term exceeding one year, namely: Armed Robbery, on or about December 21, 2010, in Cause Number

10-CF-692, in the Third Judicial Circuit Court, Madison County, Illinois, did knowingly possess, in

or affecting commerce, firearm, to wit: a Colt D.A., .38 caliber pistol, bearing serial number 186787,

in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture of Firearms Allegation

Upon conviction of the offense alleged in Count 1 of this Indictment,

### XAVIER D. WILLIAMS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title

28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any

knowing violation of the offenses described in Count 1 of this Indictment, including but not

limited, to the following: a Colt D.A., .38 caliber pistol, bearing serial number 186787, and any

and all ammunition contained therein.



DANIEL T. KAPSAK
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond:  Detention

2