IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

DEC 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CASE NO. 17-CR-30146-NJR
vs. )
) Title 18, United States Code,
XAVIER D. WILLIAMS, ) Sections 922(q)(2)(A), 924(a)(4) and 924(d)
)
Defendant. ) Title 28, United States Code, Section 2461(c)
)

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**Possession of a Firearm in a School Zone**

On or about October 5, 2016, in Madison County, within the Southern District of Illinois,

**XAVIER D. WILLIAMS,**

defendant herein, did knowingly possess a firearm, that is, a Colt D.A., .38 caliber revolver, bearing serial number 186787, that had moved in or affected interstate commerce, within a distance of 1,000 feet of the grounds of Madison Senior High School, a place that the defendant knew and had reasonable cause to believe was a school zone, in violation of Title 18, United States Code, Section 922(q)(2)(A) and 924(a)(4).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this superseding indictment,

**XAVIER D. WILLIAMS,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 922(q), including, but not limited to, the following:

a Colt D.A., .38 caliber revolver, bearing serial number 186787, and any and all ammunition

contained within the firearm or seized with the firearm.



*Ali Summers*
ALI SUMMERS
Assistant United States Attorney

*Donald Boyce*
DONALD S. BOYCE
United States Attorney